# First District Court of Appeal
## State of Florida

————————————————

No. 1D18-2098

————————————————

HEATHER ZETROUER,

Petitioner,

v.

DEAN ZETROUER,

Respondent.

————————————————

Petition for Writ of Prohibition—Original Jurisdiction.

July 19, 2018

PER CURIAM.

The petition for writ of prohibition is denied on the merits.

WETHERELL, BILBREY, and M.K. THOMAS, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

Christopher L. Dunham of Dunham & Ingram, LLC, Ocala, for Petitioner.

Kevin D. Jurecko and Lindsey Booth Turner of Scruggs & Carmichael, P.A., Gainesville, for Respondent.